UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
In re: PETROBRAS SECURITIES         :   14-cv-9662 (JSR)
LITIGATION                          :
                                    :   ORDER
This Document Applies to:           :
                                    :
Abu Dhabi Investment Authority      :
v. Petróleo Brasileiro S.A. -       :
Petrobras,                          :
No. 17-cv-1821 (JSR)                :
                                    :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

    Plaintiff filed this individual action against defendants Petróleo Brasileiro S.A. - Petrobras and Petrobras Global Finance B.V. on March 10, 2017, see Complaint, ECF No. 1, and it was assigned this Judge as related to the class action In re Petrobras Securities Litigation, No. 14-cv-9662. See Statement of Relatedness, ECF No. 3. Previously, on November 19, 2015, the Court entered an Order stating that "any individual actions related to In re Petrobras Securities Litigation filed after December 31, 2015, will be automatically stayed in all respects until after the completion of the [joint trial in the class action and related individual actions.]" Order dated Nov. 18, 2015, No. 14-cv-9662, ECF No. 315. Pursuant to the Order, the present action will be stayed until the conclusion of the trial in In re Petrobras Securities Litigation.

    SO ORDERED.

Dated:    New York, NY
           March 25, 2017

                                              JED S. RAKOFF, U.S.D.J.